Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Amanda N. Griffith - 288164
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
agriffith@ellislawgrp.com

Attorneys for Defendant J&L TEAMWORKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE URSUA,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>J&L TEAMWORKS, and DOES 1 - 10, inclusive,<br><br>　　　　DEFENDANTS. | Case No.:  1:13-CV-01293 AWI-BAM<br><br>**ORDER GRANTING JOINT STIPUALTION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

IT IS SO ORDERED.

Dated:  April 10, 2014 

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
SENIOR  DISTRICT  JUDGE

- 1 -